**KAZEROUNI LAW GROUP, APC**
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
1303 E. Grand Ave., Ste. 101
Arroyo Grande, CA 93420
Telephone: (805) 335-8455
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Ali Giovanni

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALI GIOVANNI,** | **Case No.:**  CV20-276 DOC (JDEx) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| **DISCOVER FINANCIAL SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,** | **HONORABLE DAVID O. CARTER** |
| Defendants. | |

*(sidebar)* KAZEROUNI LAW GROUP, APC 245 FISCHER AVENUE, SUITE D1 COSTA MESA, CA 92626

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff ALI GIOVANNI ("Giovanni") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Experian with Prejudice within sixty days. Giovanni requests that all pending dates and filing requirements with regard to Experian be vacated and that the Court set a deadline on or after November 24, 2020 for filing a Joint Dismissal.

To dispel ambiguity, Giovanni's claims against Defendant DISCOVER FINANCIAL SERVICES LLC ("Discover") remain active.

Dated: September 25, 2020                    **KAZEROUNI LAW GROUP, APC**

By: _____/s/ Pamela E. Prescott_____
MATTHEW M. LOKER, ESQ.
PAMELA E. PRESCOTT, ESQ.
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement with Defendant Experian Information Solutions, Inc.* has been filed this 25th day of September 2020, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

____/s/ Pamela E. Prescott
Pamela E. Prescott

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626