**KAZEROUNI LAW GROUP, APC**
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
1303 E. Grand Ave., Ste. 101
Arroyo Grande, CA 93420
Telephone: (805) 335-8455
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Ali Giovanni

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALI GIOVANNI,**<br><br>             Plaintiff,<br><br>       v.<br><br>**DISCOVER FINANCIAL SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>             Defendants. | **Case No.:**  CV20-276 DOC (JDEx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT DISCOVER FINANCIAL SERVICES LLC**<br><br>**HONORABLE DAVID O. CARTER** |

---

Case No.: CV20-276 DOC (JDEx)                    *Giovanni v. Discover Financial Services LLC, et al.*
**NOTICE OF SETTLEMENT RE: DISCOVER FINANCIAL SERVICES LLC**

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff ALI GIOVANNI ("Giovanni") and Defendant DISCOVER FINANCIAL SERVICES LLC ("Discover") has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Discover with Prejudice within sixty days. Giovanni requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 24, 2020 to dismiss this Action.

Dated: September 25, 2020

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Pamela E. Prescott____
MATTHEW M. LOKER, ESQ.
PAMELA E. PRESCOTT, ESQ.
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement with Defendant Discover Financial Services LLC* has been filed this 25th day of September 2020, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

____/s/ Pamela E. Prescott
Pamela E. Prescott

---

Case No.: CV20-276 DOC (JDEx) | 1 of 1 | *Giovanni v. Discover, et al.*

**NOTICE OF SETTLEMENT RE: DISCOVER FINANCIAL SERVICES LLC**